## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| LUIS FARGAS<br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, OFFICER VAVRA, OFFICER SMITH, and LT. MILLER, FBOP Correctional Official,<br><br>Defendants. | Civil No. 06-3267 (JRT/JSM)<br><br>**ORDER AMENDING ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED** *IN FORMA PAUPERIS* |

Luis Fargas, #16873-424, FCI Coleman Medium, P.O. Box 1032, Coleman, FL 33521, plaintiff *pro se*.

Mary J. Madigan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for defendants.

In an Order dated May 1, 2008, this Court granted plaintiff Luis Fargas's motion to proceed in forma pauperis ("IFP") on appeal.  The Eighth Circuit has now remanded this case with instructions for this Court to calculate and collect plaintiff's appellate filing fees in accordance with *Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997).  This Court now amends its prior order in light of those instructions.

IFP status on appeal does not relieve prisoners of the obligation to pay the $455 appellate filing fee, which is assessed upon the receipt of the prisoner's notice of appeal. *Henderson*, 129 F.3d at 483-85; *see* 28 U.S.C. § 1915(b).  However, an order granting IFP status permits the prisoner to pay the filing fee in installments, pursuant to a schedule set by 28 U.S.C. § 1915(b).  *See Henderson*, 129 F.3d at 483-84.  If the prisoner has

sufficient means, he is required to make an initial partial payment toward the filing fee. *See id.*; 28 U.S.C. § 1915(b)(1). Whether or not he has made this initial payment, however, he is required to pay the remaining balance through periodic deductions from his prison trust account. *See Henderson*, 129 F.3d at 483-84; 28 U.S.C. § 1915(b)(2).

A prisoner's initial filing fee is "20 percent of the greater of (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal." 28 U.S.C. § 1915(b)(1). Here, an authorized officer at plaintiff's correctional facility certified that those numbers are $16.28 and $16.10, respectively. Plaintiff's required initial filing fee is thus $3.26. Pursuant to *Henderson*, this Court instructs the facility where defendant is in custody to pay this amount from defendant's account to the clerk of the district court. 129 F.3d at 485. This initial filing fee must be paid before plaintiff's appeal will be allowed to proceed.

Though plaintiff's appeal may proceed once his initial filing fee has been paid, the facility where plaintiff is in custody shall "calculate and pay the remaining installments to the clerk of the district court until the whole of the appellate filing fees has been paid in full as provided by § 1915(b)(2)[.]" *Henderson*, 129 F.3d at 485.

Accordingly, based on the foregoing records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. This Court's Order granting plaintiff's Motion for Leave to Appeal in forma pauperis [Docket No. 39] is **AMENDED** to add the following:

 a. Plaintiff's Motion for Leave to Appeal in forma pauperis [Docket No. 38] is **GRANTED**, subject to the payment of an initial partial filing

fee of not less than $3.26. The facility where plaintiff is incarcerated shall pay $3.26 from plaintiff's prison trust account to the clerk of the district court.

      b.      The facility where plaintiff is incarcerated shall calculate and pay the remaining installments to the clerk of the district court until the whole of the appellate filing fees has been paid in full as provided by § 1915(b)(2).


DATED:   June 13, 2008                                        s/ John R. Tunheim
at Minneapolis, Minnesota.                             JOHN R. TUNHEIM
                                                                 United States District Judge